BAKER BOTTS L.L.P.
STEPHEN E. SCHEVE
SHIRA R. YOSHOR
One Shell Plaza, 910 Louisiana
Houston, TX 77002
Telephone: (713) 229-1234
Facsimile: (713) 229-1522
Steve.Scheve@bakerbotts.com
Shira.Yoshor@bakerbotts.com

KEKER & VAN NEST, LLP
SUSAN J. HARRIMAN - #111703
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
sharriman@kvn.com

Attorneys for Defendant
ELAN PHARMACEUTICALS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW WAYNE and MICHELLE MILLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIOGEN IDEC INC., and ELAN PHARMACEUTICALS, INC.,<br><br>Defendants. | Case No. C-05-02497<br><br>**SECOND AMENDED JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>Judge:   Hon. Phyllis J. Hamilton |

Plaintiffs Matthew Wayne and Michelle Miller and Defendants Biogen Idec Inc. and Elan Pharmaceuticals, Inc., by and through their respective counsel, jointly request that the Court reschedule the Case Management Conference currently scheduled for November 17, 2005. The parties seek this rescheduling because they have agreed to extend the time for defendants to file an answer through November 15, 2005, and counsel for the parties will be meeting to discuss potential settlement options in October, 2005. See Declaration of Shira R. Yoshor, submitted herewith. The parties therefore jointly request that the Case Management Conference take place instead on Thursday, December 22, 2005, at 2:30 p.m. The parties also respectfully request that the Court reschedule the other dates in the Order Setting Initial Case Management Conference to the following dates:

| Date | Event |
|---|---|
| November 15, 2005 [21 struck through] | Last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan |
| November 15, 2005 [21 struck through] | Last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference |
| December 8, 2005 [15 struck through] | Last day to complete initial disclosures or state objection in Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report |
| December 15, 2005 [22 struck through] 2:30 p.m. | Case Management Conference |

IT IS SO STIPULATED.
Dated: September 15, 2005

Respectfully submitted,

CADDELL & CHAPMAN

By: /s/ Cynthia B. Chapman
CYNTHIA B. CHAPMAN
CORY S. FEIN
Attorneys for Plaintiffs
MATTHEW WAYNE, on behalf of himself and all others similarly situated

1
JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE
CASE MANAGEMENT CONFERENCE
CASE NO. C-05-02497

HOU02:1043031.1355528.01

| | |
|---|---|
| Dated: September 15, 2005 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | By: /s/ Raoul D. Kennedy<br>RAOUL D. KENNEDY<br>BARBARA WRUBEL<br>Attorneys for Defendant<br>BIOGEN IDEC INC. |
| Dated: September 15, 2005 | BAKER BOTTS L.L.P. |
| | By: /s/ Stephen E. Scheve<br>STEPHEN E. SCHEVE<br>SHIRA R. YOSHOR<br>Attorneys for Defendant<br>ELAN PHARMACEUTICALS, INC. |

AS AMENDED

Based on the above-stipulation of counsel, IT IS SO ORDERED.

Dated: September 19, 2005

PHYLLIS J. HAMILTON
United States District Court Judge