BAKER BOTTS L.L.P.
STEPHEN E. SCHEVE
SHIRA R. YOSHOR
One Shell Plaza, 910 Louisiana
Houston, TX  77002
Telephone:  (713) 229-1234
Facsimile:  (713) 229-1522
Steve.Scheve@bakerbotts.com
Shira.Yoshor@bakerbotts.com

KEKER & VAN NEST, LLP
SUSAN J. HARRIMAN - #111703
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188
sharriman@kvn.com

Attorneys for Defendant
ELAN PHARMACEUTICALS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW WAYNE and MICHELLE MILLER, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br> v.<br><br>BIOGEN IDEC INC., and ELAN PHARMACEUTICALS, INC.,<br><br>      Defendants. | Case No. C-05-02497<br><br>**THIRD AMENDED JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE**<br><br><br>Judge:  Hon. Phyllis J. Hamilton |

Plaintiffs Matthew Wayne and Michelle Miller and Defendants Biogen Idec Inc. and Elan Pharmaceuticals, Inc., by and through their respective counsel, jointly request that the Court reschedule the Case Management Conference currently scheduled for December 15, 2005.  The parties seek this rescheduling because they have been working diligently to resolve the claims in this action and continue to be engaged in substantive settlement discussions.  Plaintiffs have agreed to extend the time for defendants to file an answer through December 15, 2005, and counsel for the parties will continue to discuss potential settlement options.  See Declaration of Shira R. Yoshor, submitted herewith.  The parties therefore jointly request that the Case Management Conference take place instead on Thursday, January 26, 2006, at 2:30 p.m.  The parties also respectfully request that the Court reschedule the other dates in the Order Setting Initial Case Management Conference to the following dates:

| December 22, 2005 | Last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan |
|---|---|
| December 22, 2005 | Last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference |
| January 12, 2006 | Last day to complete initial disclosures or state objection in Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report |
| January 26, 2006 2:30 p.m. | Case Management Conference |

IT IS SO STIPULATED.

Dated:  November 10, 2005                          Respectfully submitted,

CADDELL & CHAPMAN

By:   /s/ Cynthia B. Chapman
CYNTHIA B. CHAPMAN
CORY S. FEIN
Attorneys for Plaintiffs
MATTHEW WAYNE, on behalf of
himself and all others similarly situated

1

HOU02:1049133.1355528.01

1

2

3     Dated:  November 10, 2005                   SKADDEN, ARPS, SLATE, MEAGHER
                                                  & FLOM LLP

4

5

6                                                 By:    /s/ Raoul D. Kennedy
                                                  RAOUL D. KENNEDY
7                                                 BARBARA WRUBEL
                                                  Attorneys for Defendant
8                                                 BIOGEN IDEC INC.

9     Dated:  November 10, 2005                   BAKER BOTTS L.L.P.

10

11

12                                                By:    /s/ Stephen E. Scheve
                                                  STEPHEN E. SCHEVE
13                                                SHIRA R. YOSHOR
                                                  Attorneys for Defendant
14                                                ELAN PHARMACEUTICALS, INC.

15

16          Based on the above-stipulation of counsel, IT IS SO ORDERED.

17

18    Dated:  November __15__, 2005         _____
                                            PHYLLIS J. HAMILTON
19                                          United States District Court Judge

20

21

22

23

24

25

26

27

28

                                  2

HOU02:1049133.1355528.01