UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW WAYNE, et al.

        Plaintiff(s),                    No. C 05-2497 PJH

   v.                           **ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

BIOGEN IDEC INC., et al.,

        Defendant(s).

_____/

        The parties have notified the court by written stipulation that they have reached an agreement in principle to settle this matter.  They anticipate that a motion to dismiss (the court assumes they mean a stipulation for dismissal) will be filed by January 15, 2006.  They request that the case management conference scheduled for January 26, 2006 be vacated.  The court declines to vacate all dates in this matter until a stipulation and order for dismissal is actually filed.  However, in order that the parties may avoid any unnecessary pre-case management conference requirements, the case management conference is continued to **February 23, 2006 at 2:30 p.m.**  This date will be vacated should a stipulation and order for dismissal be filed beforehand.

        **IT IS SO ORDERED.**

Dated: December 15, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge