BAKER BOTTS L.L.P.
STEPHEN E. SCHEVE
SHIRA R. YOSHOR
One Shell Plaza, 910 Louisiana
Houston, TX  77002
Telephone:  (713) 229-1234
Facsimile:   (713) 229-1522
Steve.Scheve@bakerbotts.com
Shira.Yoshor@bakerbotts.com

KEKER & VAN NEST, LLP
SUSAN J. HARRIMAN - #111703
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:   (415) 397-7188
sharriman@kvn.com

Attorneys for Defendant
ELAN PHARMACEUTICALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW WAYNE and MICHELLE MILLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIOGEN IDEC INC., and ELAN PHARMACEUTICALS, INC.,<br><br>Defendants. | Case No. C-05-02497<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE**<br><br>Judge:     Hon. Phyllis J. Hamilton |

Plaintiffs Matthew Wayne and Michelle Miller and Defendants Biogen Idec Inc. and Elan Pharmaceuticals, Inc., by and through their respective counsel, jointly request that the Court dismiss this case with prejudice.  The parties have agreed that each should bear its own costs and fees.

IT IS SO STIPULATED.

Dated:  January  19, 2006                                    Respectfully submitted,

                                                                                  CADDELL & CHAPMAN


                                                                                  By:   /s/ Cynthia B. Chapman
                                                                                          CYNTHIA B. CHAPMAN
                                                                                          CORY S. FEIN
                                                                                          Attorneys for Plaintiffs
                                                                                          MATTHEW WAYNE, on behalf of
                                                                                          himself and all others similarly situated


Dated:  January  19, 2006                                    SKADDEN, ARPS, SLATE, MEAGHER
                                                                                  & FLOM LLP



                                                                                  By:   /s/ Raoul D. Kennedy
                                                                                          RAOUL D. KENNEDY
                                                                                          BARBARA WRUBEL
                                                                                          Attorneys for Defendant
                                                                                          BIOGEN IDEC INC.


Dated:  January  19, 2006                                    BAKER BOTTS L.L.P.



                                                                                  By:   /s/ Stephen E. Scheve
                                                                                          STEPHEN E. SCHEVE
                                                                                          SHIRA R. YOSHOR
                                                                                          Attorneys for Defendant
                                                                                          ELAN PHARMACEUTICALS, INC.

1   Based on the above-stipulation of counsel, IT IS SO ORDERED.  This case is
2   hereby dismissed with prejudice.  Each party shall bear its own costs and fees.
3
4
5   Dated:  January __, 2006
                                                              _____
                                                              PHYLLIS J. HAMILTON
6                                                             United States District Court Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28